J. H. GURGANUS v. GREENVILLE MANUFACTURING COMPANY ET AL.

(Filed 16 September, 1925.)

APPEAL by named defendant from EDGECOMBE Superior Court. *Cranmer, J.*

Action by plaintiff against defendants to recover on an express contract to haul green and dry lumber. From a verdict and judgment for plaintiff the named defendant appeals. No error.

This case was heard by this Court on a former appeal, and is reported in 189 N. C., 202.

*Henry C. Bourne for plaintiff.*
*George M. Fountain for defendant.*

PER CURIAM. This case has been tried in accordance with the views of this Court, as expressed in the former appeal, *Gurganus v. Mfg. Co.,* 189 N. C., 202, and the well settled rules of law; hence, there is

No error.

STATE v. WILLIAM HORTON AND OSCAR HORTON.

(Filed 16 September, 1925.)

APPEAL by defendants from *Cranmer, J.,* at March Term, 1925, of GATES.

Criminal prosecution, tried upon an indictment, charging the defendants with violations of the prohibition law.

From an adverse verdict and judgment pronounced thereon, the defendants appeal, assigning errors.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*Bridger & Eley for defendants.*

PER CURIAM. The evidence is plenary and conflicting on the issues of defendants' guilt; it is purely a question of fact; the jury has resolved the matter against the defendants; there is no reversible error appearing on the record; the verdict and judgments will be upheld.

No error.